```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

GARFIELD NORRIS ROYES, BOP No. 57640-019,

    Movant,

  v.

UNITED STATES OF AMERICA,

    Respondent.

CIVIL ACTION
NO. 1:13-CV-4052-CAP

CRIMINAL ACTION
NO. 1:05-CR-527-CAP

O R D E R

After carefully considering the report and recommendation of the magistrate judge and finding no error, the court receives the report and recommendation with approval and adopts it as the opinion and order of this court.

SO ORDERED, this 24th day of January, 2014.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge